UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-1913-JVS (GJSx) | Date | February 13, 2019 |
| Title | Haley Carmille Freedman v. Ryde Studios LLC | | |

Present: The Honorable  GAIL J. STANDISH, U.S. MAGISTRATE JUDGE

| E. Carson | CS Roybal Courtroom 640 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Edward M. Anderson | Amanda R. Washton |
| Regina Yeh | Zachary T. Page |

**Proceedings:**   Settlement Conference

The case is called, and appearances are stated for the record. Plaintiff is present, along with the defendants. Defendant's insurance carrier is also present.

The settlement conference is conducted off the record.

The case is recalled. A confidential settlement has been reached between the Plaintiff and Defendants, the terms of which are recited on the record, and the transcript is ordered sealed. Pursuant to the agreement of the parties, defendant Becky Tahel Bardo is hereby dismissed from this action. Counsel shall file a Joint Stipulation for Dismissal of the action by no later than **March 19, 2019.** If the Stipulation for Dismissal is not filed by that date, counsel are ordered to file a joint status report explaining the delay. The joint status report, if necessary, is due on or before **March 19, 2019**.

**IT IS SO ORDERED.**

| | 5 | : | 04 |
|---|---|---|---|
| | Initials of Preparer | | efc |