# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HALEY CAMILLE FREEDMAN,<br><br>Plaintiff,<br><br>v.<br><br>RYDE STUDIOS, LLC dba RYDE STUDIO and dba KAT&BARE, a California limited liability company; NICOLAS GIBBS, an individual; RICHARD D'ALESSIO, an individual; BECKY TAHEL BORDO, an individual; and DOES 1 through 10,<br><br>Defendant. | CASE No. 2:18-cv-01913-JVS (GJSx)<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Honorable James V. Selna<br>Presiding Judge<br><br>Honorable Gail J. Standish<br>Magistrate Judge<br><br>Action Filed:  March 7, 2018<br>Trial Date:  September 10, 2019 |

3459.002\9942

ORDER

Having considered the Parties' STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The entire action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a); and

2. Each party shall bear their own attorneys' fees and costs associated with this action.

IT IS SO ORDERED.

Dated: March 20, 2019

_____
Honorable James V. Selna
United States District Court Judge